■ STATE STREET BANK & TRUST COMPANY, Respondent, v ANN ECCLESTON, Also Known as MARLENE HEROPOULOS, Appellant. [647 NYS2d 97] —Appeal by the defendant from an order of the Supreme Court, Suffolk County (Cannavo, J.), dated August 8, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Cannavo at the Supreme Court. Rosenblatt, J. P., Miller, Copertino and Pizzuto, JJ., concur.